IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOSHUA MICHAEL KINNEY,

    Plaintiff,

v.                                  CASE NO. 1:16-cv-235-MP-GRJ

ALACHUA COUNTY JAIL,

    Defendant.
_____/

## ORDER AND
## REPORT AND RECOMMENDATION

Plaintiff initiated this case by filing a *pro se* civil rights complaint and seeks leave to proceed as a pauper. ECF Nos. 1, 2. Plaintiff's claims stem from his criminal prosecution and detention at the Alachua County Jail. According to the Alachua County Jail online inmate locator, Plaintiff has been released from confinement. Plaintiff has failed to file a change of address with the Court, and therefore it appears he has abandoned this case. The Court has located a different address for Plaintiff on the docket for his underlying criminal case, *State v. Kinney*, Case No. 2016 CT 1139, and out of an abundance of caution the Court will direct service of this Report and Recommendation upon Plaintiff at that address.

Accordingly, it is **ORDERED** that the Clerk must serve a copy of this Report and Recommendation upon Plaintiff at his address of record at the Alachua County Jail and at:  Joshua M. Kinney, 38844 New Godfrey Lane, Zephyrhills, FL, 33542.

It is respectfully **RECOMMENDED** that leave to proceed as a pauper, ECF No. 2, should be denied and that this case should be **DISMISSED** without prejudice for failure to prosecute and failure to comply with an order of the Court.

**IN CHAMBERS** in Gainesville, Florida this 22nd day of September 2016.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.