IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOSHUA MICHAEL KINNEY,

    Plaintiff,

v.                                                  CASE NO. 1:16-cv-00235-MP-GRJ

ALACHUA COUNTY JAIL,

    Defendant.

_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 22, 2016. (Doc. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation, Doc. 4, is adopted and incorporated by reference in this order.

2.     Plaintiff's motion for leave to proceed *in forma pauperis*, Doc. 2, is **DENIED**.

3.     Plaintiff's case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to comply with an order of the Court.

4.     The clerk is directed to close the file.

**DONE AND ORDERED** this *21st* day of October, 2016

                                              *s/Maurice M. Paul*
                                              Maurice M. Paul, Senior District Judge